**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: K. KEUP CONCRETE CONSTRUCTION, INC.   § Case No. 12-28069
                                             §
                                             §
Debtor(s)                                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 16, 2012.  The undersigned trustee was appointed on January 22, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          24,191.22

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,981.79 |
| Bank service fees | 1,046.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 13,162.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/25/2013 and the deadline for filing governmental claims was 10/25/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,169.12.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,169.12, for a total compensation of $3,169.12.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2018            By: /s/THOMAS E. SPRINGER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-28069  
**Case Name:** K. KEUP CONCRETE CONSTRUCTION, INC.

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 02/25/13  

**Period Ending:** 04/10/18  
**Claims Bar Date:** 10/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  checking acct - Fifth Third | 11,664.20 | 0.00 | | 0.00 | FA |
| 2  checking acct - Fifth Third | 19,121.00 | 0.00 | | 0.00 | FA |
| 3  checking acct - Fifth Third | 4,313.00 | 0.00 | | 0.00 | FA |
| 4  checking acct - Fifth Third | 13.31 | 0.00 | | 0.00 | FA |
| 5  Accounts Receivable | 555,974.38 | 0.00 | | 2,991.22 | FA |
| 6  mechanics lien litigation | Unknown | 50,000.00 | OA | 0.00 | FA |
| 7  misc. motor vehicles | 21,200.00 | 21,200.00 | | 21,200.00 | FA |
| 8  concrete equipment and machinery | 156,507.00 | 0.00 | | 0.00 | FA |
| **8  Assets  Totals** (Excluding unknown values) | **$768,792.89** | **$71,200.00** | | **$24,191.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Special Counsel, Freeborn & Peteres, employed by Trustee to continue state court litigation against Turner Construction and University of Chicago. Litigation was being funded by blanket lienholder, Fifth Third Bank, and Special Counsel has now informed the Trustee that the Bank is no longer willing to fund the litigation. Additionally, Special Counsel has informed the Trustee that the main witness is no longer interested in participating and cannot be located/contacted.

Trustee to prepare Fee application as counsel to the Trustee and Final Report.

**Initial Projected Date Of Final Report (TFR):** October 15, 2014   **Current Projected Date Of Final Report (TFR):** March 20, 2018 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-28069  
**Case Name:** K. KEUP CONCRETE CONSTRUCTION, INC.  
**Taxpayer ID #:** **-***0938  
**Period Ending:** 04/10/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** UNKNOWN BANK  
**Account:** ********10 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/10/13 | | K KEUP CONCRETE CONSTRUCTION, INC. | prcds from sale of mv's by Key Auct | | | 17,372.88 | | 17,372.88 |
| | {7} | OP & CMIA LOCAL NO. 11 | Gross Auction Proceeds | 21,200.00 | 1129-000 | | | 17,372.88 |
| | | K. KEUP | Auctioneer commission | -2,120.00 | 3610-000 | | | 17,372.88 |
| | | K. KEUP | Auctioneer expenses | -1,707.12 | 3620-000 | | | 17,372.88 |
| 04/10/13 | {5} | T.J. LAMBERT CONSTRUCTION, INC. | pymt of ar (rec'd from Key Auct) | | 1121-000 | 316.40 | | 17,689.28 |
| 05/22/13 | {5} | WALSH LANDSCAPE CONSTRUCTION & WALS | pymt of ar (rec'd from Key Auct) | | 1121-000 | 648.10 | | 18,337.38 |
| 05/31/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 18.17 | 18,319.21 |
| 06/30/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 18.94 | 18,300.27 |
| 07/31/13 | | CB | bank service fee | | 2600-000 | | 18.80 | 18,281.47 |
| 08/31/13 | | CB | bank servicefee | | 2600-000 | | 19.41 | 18,262.06 |
| 09/25/13 | {5} | SNTANA ENERGY SERVICES | pymt of ar (rec'd from Key Auct) | | 1121-000 | 2,026.72 | | 20,288.78 |
| 09/30/13 | | CONG BANK | bank service fee | | 2600-000 | | 19.39 | 20,269.39 |
| 10/20/13 | 1001 | GREGORY K. STERN, PC | payment of atty comp | | 3210-000 | | 5,265.00 | 15,004.39 |
| 10/31/13 | | CB | bank service fee | | 2600-000 | | 19.10 | 14,985.29 |
| 12/01/13 | | CB | bank service fee | | 2600-000 | | 21.50 | 14,963.79 |
| 12/31/13 | | CB | bank service fee | | 2600-000 | | 20.79 | 14,943.00 |
| 01/31/14 | | CB | bank service fee | | 2600-000 | | 21.46 | 14,921.54 |
| 02/28/14 | | CB | bank service fee | | 2600-000 | | 17.47 | 14,904.07 |
| 03/11/14 | | CB | bank service fee | | 2600-000 | | 14.29 | 14,889.78 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | | 9999-000 | | 14,889.78 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 20,364.10 | 20,364.10 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 14,889.78 | |
| | | | **Subtotal** | | | 20,364.10 | 5,474.32 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$20,364.10** | **$5,474.32** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-28069 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | K. KEUP CONCRETE CONSTRUCTION, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********58 - Checking Account |
| Taxpayer ID #: | **-***0938 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/10/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,889.78 | | 14,889.78 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.28 | 14,875.50 |
| 04/23/14 | 3001 | KEY AUCTIONS, LLC | reimbusement for UCC search per Court order of 11/7/2013 | 2990-000 | | 886.00 | 13,989.50 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.40 | 13,968.10 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.77 | 13,947.33 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.07 | 13,927.26 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.71 | 13,906.55 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.68 | 13,885.87 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.98 | 13,865.89 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.61 | 13,845.28 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.92 | 13,825.36 |
| 12/23/14 | 3002 | ASSOCIATED BANK | Transfer into new Assoc. Bank acct. | 9999-000 | | 13,825.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,889.78 | 14,889.78 | $0.00 |
| | | | Less: Bank Transfers | | 14,889.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,889.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,889.78** | |

{} Asset reference(s)                                                                                           Printed: 04/10/2018 10:16 AM    V.13.32

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-28069 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | K. KEUP CONCRETE CONSTRUCTION, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********42 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***0938 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/10/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 13,825.36 | | 13,825.36 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,815.36 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.54 | 13,794.82 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.52 | 13,776.30 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 20.48 | 13,755.82 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 13,755.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,825.36 | 13,825.36 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 13,755.82 | |
| | | | **Subtotal** | | 13,825.36 | 69.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,825.36** | **$69.54** | |

{} Asset reference(s)     Printed: 04/10/2018 10:16 AM   V.13.32

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-28069  
**Case Name:** K. KEUP CONCRETE CONSTRUCTION, INC.  
**Taxpayer ID #:** **-***0938  
**Period Ending:** 04/10/18

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****929666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 13,755.82 | | 13,755.82 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.10 | 13,734.72 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.75 | 13,714.97 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.06 | 13,695.91 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.66 | 13,674.25 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.96 | 13,655.29 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 13,636.36 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.51 | 13,614.85 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.87 | 13,595.98 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.85 | 13,577.13 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.42 | 13,555.71 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.79 | 13,536.92 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.35 | 13,515.57 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.38 | 13,496.19 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.71 | 13,477.48 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.62 | 13,456.86 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.30 | 13,437.56 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.61 | 13,416.95 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 13,398.95 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.91 | 13,379.04 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.95 | 13,361.09 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.13 | 13,339.96 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.18 | 13,320.78 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.51 | 13,302.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.04 | 13,281.23 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.46 | 13,262.77 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.34 | 13,242.43 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.04 | 13,223.39 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.38 | 13,205.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.89 | 13,184.12 |
| 02/13/18 | 30101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #12-28069, yearly bond premium | 2300-000 | | 3.67 | 13,180.45 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.69 | 13,162.76 |

Subtotals:   $13,755.82   $593.06

{} Asset reference(s)   Printed: 04/10/2018 10:16 AM   V.13.32

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 12-28069 | **Trustee:** THOMAS E. SPRINGER (330640) |
| **Case Name:** K. KEUP CONCRETE CONSTRUCTION, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****929666 - Checking Account |
| **Taxpayer ID #:** **-***0938 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/10/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 13,755.82 | 593.06 | $13,162.76 |
| | | | Less: Bank Transfers | | 13,755.82 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 593.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $593.06 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********10** | 20,364.10 | 5,474.32 | 0.00 |
| **Checking # ********58** | 0.00 | 14,889.78 | 0.00 |
| **Checking # ********42** | 13,825.36 | 69.54 | 0.00 |
| **Checking # ****929666** | 0.00 | 593.06 | 13,162.76 |
| | $34,189.46 | $21,026.70 | $13,162.76 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 25, 2013

**Case Number:** 12-28069  
**Debtor Name:** K. KEUP CONCRETE CONSTRUCTION, INC.

Page: 1

**Date:** April 10, 2018  
**Time:** 10:16:20 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,169.12 | $0.00 | 3,169.12 |
| 200 | LOIS WEST, CPA<br>Kutchins, Robbins, & Diamond, Ltd.<br>1101 Perimeter Drive, Suite #760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $433.50 | $0.00 | 433.50 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $3.67 | $3.67 | 0.00 |
| ATTYEXP 250 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $36.44 | $0.00 | 36.44 |
| ATTYFEES 250 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $9,634.50 | $0.00 | 9,634.50 |
| 000015A 520 | FOX VALLEY & VICINITY LABORERS FRIN<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Priority | | $27,415.56 | $0.00 | 27,415.56 |
| 000020A 520 | CHICAGO REGIONAL COUNCIL OF CARPENT<br>Scalambrino & Arnoff LLP<br>One North Lasalle St STe 1600<br>Chicago, IL 60602 | Priority | (20-1) modified on 10/16/13 to correct creditor address/name (nm) | $25,733.93 | $0.00 | 25,733.93 |
| 000023A 520 | Laborers' Pension and Welfare Funds<br>111 West Jackson Blvd<br>Suite 1415<br>Chicago, IL 60604 | Priority | | $37,740.97 | $0.00 | 37,740.97 |
| 000009 570 | FOX VALLEY CONSTRUCTION WORKER BENE<br>75 Remittance Drive, Suite 3163<br>Chicago, IL 60675 | Priority | (9-1) modified on 1/10/13 to enter priority amount (nm) | $1,174.30 | $0.00 | 1,174.30 |
| 000012 570 | ILLINOIS DEPARTMENT OF REVENUE<br>Attn: James Marcello, Collection Officer<br>200 South Wyman, Suite 306<br>Rockford, IL 61101 | Priority | | $39,395.00 | $0.00 | 39,395.00 |
| 000022 100 | TURNER CONSTUCTION COMPANY & UNIV.<br>Peckar & Abramson<br>30 N LaSalle, Suite 4126<br>Chicago, IL 60602 | Secured | (22-1) Secured claim pursuant to Construction Subcontract and Lien---Claim to be amended after counterclaim in state court determined | $1,025,061.36 | $0.00 | 1,025,061.36 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 25, 2013

**Case Number:** 12-28069  
**Debtor Name:** K. KEUP CONCRETE CONSTRUCTION, INC.

Page: 2

**Date:** April 10, 2018  
**Time:** 10:16:20 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 610 | NIGRO, WESTFALL & GRYSKA, P.C.<br>1793 Bloomingale Road<br>Glendale Hts., IL 60139 | Unsecured | (1-1) Proof of Claim for Nigro, Westfall & Gryska<br>(1-1) modified on 9/19/12 to correct creditor name (nm) | $592.00 | $0.00 | 592.00 |
| 000002 610 | FEDEX TECHCONNECT, INC.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G., 3rd Floor<br>Memphis, TN 38116 | Unsecured | | $734.88 | $0.00 | 734.88 |
| 000003 610 | FIFTH THIRD BANK<br>Law Office of Robert M Kamm PC<br>17 North State Street, Suite 990<br>Chicago, IL 60610 | Unsecured | (3-1) Proof of Claim<br>(3-1) Modified on 11/21/12 to correct creditor name. (ac) | $1,509,908.98 | $0.00 | 1,509,908.98 |
| 000004 610 | FOX VALLEY CONSTRUCTION WORKER BENE<br>75 Remittance Drive, Suite 3163<br>Chicago, IL 60675 | Unsecured | | $17,542.62 | $0.00 | 17,542.62 |
| 000005 610 | FOX VALLEY LABORERS FRINGE BENEFIT<br>75 Remittance Drive #1504<br>Chicago, IL 60675 | Unsecured | | $17,331.60 | $0.00 | 17,331.60 |
| 000006 610 | FREEBORN & PETERS LLP<br>311 S Wacker Drive<br>Suite 3000<br>Chicago, Illinois, | Unsecured | (6-1) modified on 1/10/13 to correct amount claimed (nm) | $24,660.00 | $0.00 | 24,660.00 |
| 000007 610 | OP & CMIA LOCAL NO. 11<br>28874 Rand Road, Unit B<br>Lakemoor, IL 60051 | Unsecured | (7-1) modified on 1/10/13 to enter priority amount (nm) | $1,169.98 | $0.00 | 1,169.98 |
| 000008 610 | KEVIN KEUP<br>1219 N Brandywine Circle<br>Batavia, IL 60510 | Unsecured | | $167,560.80 | $0.00 | 167,560.80 |
| 000010 610 | CEMENT MASONS' UNION LOCAL 502 FUN<br>Savings Fund Welfare Pension Trust Funds<br>PO Box 809333<br>Chicago, IL 60680 | Unsecured | | $3,770.27 | $0.00 | 3,770.27 |
| 000011 610 | DUPAGE COUNTY CEMENT MASONS' FRING<br>PO Box 809132<br>Chicago, IL 60680 | Unsecured | | $41,250.57 | $0.00 | 41,250.57 |
| 000013 610 | CHICAGO REGIONAL COUNCIL OF CARPENT<br>PO Box 94432<br>Chicago, IL 60690 | Unsecured | | $29,993.41 | $0.00 | 29,993.41 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 25, 2013

**Case Number:** 12-28069  
**Debtor Name:** K. KEUP CONCRETE CONSTRUCTION, INC.

Page: 3

**Date:** April 10, 2018  
**Time:** 10:16:20 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 610 | AMERICAN EXPRESS TRAVEL RELATED SER<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (14-1) CREDIT CARD DEBT | $17,000.00 | $0.00 | 17,000.00 |
| 000015 610 | FOX VALLEY & VICINITY LABORERS FRIN<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Unsecured | | $3,863.08 | $0.00 | 3,863.08 |
| 000016 610 | CPR PRINTING INC.<br>3N 497 N. 17th Street<br>St. Charles, IL 60174 | Unsecured | | $214.27 | $0.00 | 214.27 |
| 000017 610 | CHRISTOPHER WILLIAM ARDUENGO<br>2402 East 4th Street<br>Long Beach, CA 90814 | Unsecured | | $961.54 | $0.00 | 961.54 |
| 000018 610 | CIT FINANCE, LLC<br>c/o Weltman, Weinberg & Reis<br>175 S. THIRD STREET, STE 900<br>Columbus, OH 43215 | Unsecured | (18-1) modified on 8/29/13 to correct creditor address/name (nm) | $12,997.67 | $0.00 | 12,997.67 |
| 000019 610 | DEPARTMENT OF TREASURY-INTERNAL REV<br>PO Box 7346<br>Philadelphia, PA 19114 | Unsecured | | $6,739.69 | $0.00 | 6,739.69 |
| 000020 610 | CHICAGO REGIONAL COUNCIL OF CARPENT<br>Scalambrino & Arnoff LLP<br>One North Lasalle St STe 1600<br>Chicago, IL 60602 | Unsecured | (20-1) modified on 10/16/13 to correct creditor address/name (nm) | $3,015.82 | $0.00 | 3,015.82 |
| 000021 610 | KEY AUCTIONS LLC<br>Howard & Howard Attorneys PLLC<br>200 S Michigan Avenue Suite 1100<br>Chicago, IL 60604 | Unsecured | Claim paid by former Trustee Voiland<br>(21-1) Modified on 10/28/13 to correct creditor address (cg) | $0.00 | $0.00 | 0.00 |
| 000023 620 | Laborers' Pension and Welfare Funds<br>111 West Jackson Blvd<br>Suite 1415<br>Chicago, IL 60604 | Unsecured | | $20,600.90 | $0.00 | 20,600.90 |
| **<< Totals >>** | | | | 3,049,706.43 | 3.67 | 3,049,702.76 |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　　　　Exhibit D

Case No.: 12-28069
Case Name: K. KEUP CONCRETE CONSTRUCTION, INC.
Trustee Name: THOMAS E. SPRINGER

**Balance on hand:**　　　$　　13,162.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000022 | TURNER CONSTUCTION COMPANY & UNIV. | 1,025,061.36 | 1,025,061.36 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　　0.00
Remaining balance:　$　　13,162.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 3,169.12 | 0.00 | 3,169.12 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 9,634.50 | 0.00 | 9,524.12 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 36.44 | 0.00 | 36.02 |
| Accountant for Trustee, Fees - LOIS WEST, CPA | 433.50 | 0.00 | 433.50 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 3.67 | 3.67 | 0.00 |

Total to be paid for chapter 7 administration expenses:　$　　13,162.76
Remaining balance:　$　　0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　　0.00
Remaining balance:　$　　0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $131,459.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | FOX VALLEY CONSTRUCTION WORKER BENE | 1,174.30 | 0.00 | 0.00 |
| 000012 | ILLINOIS DEPARTMENT OF REVENUE | 39,395.00 | 0.00 | 0.00 |
| 000015A | FOX VALLEY & VICINITY LABORERS FRIN | 27,415.56 | 0.00 | 0.00 |
| 000020A | CHICAGO REGIONAL COUNCIL OF CARPENT | 25,733.93 | 0.00 | 0.00 |
| 000023A | Laborers' Pension and Welfare Funds | 37,740.97 | 0.00 | 0.00 |

Total to be paid for priority claims:   $        0.00
Remaining balance:   $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,859,307.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | NIGRO, WESTFALL & GRYSKA, P.C. | 592.00 | 0.00 | 0.00 |
| 000002 | FEDEX TECHCONNECT, INC. | 734.88 | 0.00 | 0.00 |
| 000003 | FIFTH THIRD BANK | 1,509,908.98 | 0.00 | 0.00 |
| 000004 | FOX VALLEY CONSTRUCTION WORKER BENE | 17,542.62 | 0.00 | 0.00 |
| 000005 | FOX VALLEY LABORERS FRINGE BENEFIT | 17,331.60 | 0.00 | 0.00 |
| 000006 | FREEBORN & PETERS LLP | 24,660.00 | 0.00 | 0.00 |
| 000007 | OP & CMIA LOCAL NO. 11 | 1,169.98 | 0.00 | 0.00 |
| 000008 | KEVIN KEUP | 167,560.80 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 000010 | CEMENT MASONS' UNION LOCAL 502 FUN | 3,770.27 | 0.00 | 0.00 |
| 000011 | DUPAGE COUNTY CEMENT MASONS' FRING | 41,250.57 | 0.00 | 0.00 |
| 000013 | CHICAGO REGIONAL COUNCIL OF CARPENT | 29,993.41 | 0.00 | 0.00 |
| 000014 | AMERICAN EXPRESS TRAVEL RELATED SER | 17,000.00 | 0.00 | 0.00 |
| 000015 | FOX VALLEY & VICINITY LABORERS FRIN | 3,863.08 | 0.00 | 0.00 |
| 000016 | CPR PRINTING INC. | 214.27 | 0.00 | 0.00 |
| 000017 | CHRISTOPHER WILLIAM ARDUENGO | 961.54 | 0.00 | 0.00 |
| 000018 | CIT FINANCE, LLC | 12,997.67 | 0.00 | 0.00 |
| 000019 | DEPARTMENT OF TREASURY-INTERNAL REV | 6,739.69 | 0.00 | 0.00 |
| 000020 | CHICAGO REGIONAL COUNCIL OF CARPENT | 3,015.82 | 0.00 | 0.00 |
| 000021 | KEY AUCTIONS LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 20,600.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Laborers' Pension and Welfare Funds | 20,600.90 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**