IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter: 7 |
| K. KEUP CONCRETE CONSTRUCTION, INC.,) | |
| ) | Case No.:    12-28069 |
| ) | |
| Debtor. ) | Judge Janet S. Baer |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 13, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

STEVEN E BARLEBEN
3830 N ASHLAND AVENUE
Chicago, IL 60613

**VIA REGULAR MAIL**

KEVIN KEUP
1219 N Brandywine Circle
Batavia, IL 60510

NIGRO, WESTFALL & GRYSKA, P.C.
1793 Bloomingdale Road
Glendale Hts., IL 60139

FEDEX TECHCONNECT, INC.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G., 3rd Floor
Memphis, TN 38116

FIFTH THIRD BANK
Law Office of Robert M Kamm PC
17 North State St., Ste. 990
Chicago, IL 60610

Fox Valley Construction Worker and Laborer Fringe Benefits
75 Remittance Dr., Ste. 3163
Chicago, IL 60675

FREEBORN & PETERS LLP
311 S Wacker Dr., Ste. 3000
Chicago, Illinois

OP & CMIA LOCAL NO. 11
28874 Rand Road, Unit B
Lakemoor, IL 60051

CEMENT MASONS' UNION LOCAL 502 FUN
Savings Fund Welfare Pension Trust Funds
PO Box 809333
Chicago, IL 60680

DUPAGE COUNTY CEMENT MASONS' FRING
PO Box 809132
Chicago, IL 60680

ILLINOIS DEPARTMENT OF REVENUE
Attn: James Marcello, Collection Officer
200 South Wyman, Suite 306
Rockford, IL 61101

Chicago Regional Council of Carpenters
PO Box 94432
Chicago, IL 60690

AMERICAN EXPRESS TRAVEL RELATED SER
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Fox Valley & Vicinity Laborers Fringe Benefits
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

CPR PRINTING INC.
3N 497 N. 17th Street
St. Charles, IL 60174

CHRISTOPHER WILLIAM ARDUENGO
2402 East 4th Street
Long Beach, CA 90814

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Chicago Regional Council of Carpenters<br>Scalambrino & Arnoff LLP<br>One North LaSalle St Ste. 1600<br>Chicago, IL 60602 | KEY AUCTIONS LLC<br>Howard & Howard Attorneys PLLC<br>200 S Michigan Avenue Suite 1100<br>Chicago, IL 60604 |
| CIT FINANCE, LLC<br>c/o Weltman, Weinberg & Reis<br>175 S. Third St., STE 900<br>Columbus, OH 43215 | | TURNER CONSTUCTION COMPANY & UNIV.<br>Peckar & Abramson<br>30 N LaSalle, Suite 4126<br>Chicago, IL 60602 |

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000