# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: K. KEUP CONCRETE CONSTRUCTION, INC. | § | Case No. 12-28069 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $191,618.51  
*(without deducting any secured claims)*

Assets Exempt:  N/A

Total Distribution to Claimants: $0.00

Claims Discharged  
Without Payment: N/A

Total Expenses of Administration: $24,191.22

3) Total gross receipts of $    24,191.22    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $24,191.22 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,025,061.36 | $1,025,061.36 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,302.02 | 24,302.02 | 24,191.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 131,459.76 | 131,459.76 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 192,435.07 | 1,880,794.08 | 1,879,908.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $192,435.07 | $3,061,617.22 | $3,060,731.22 | $24,191.22 |

4)  This case was originally filed under Chapter 7 on July 16, 2012. The case was pending for 76 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/24/2018          By: /s/THOMAS E. SPRINGER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 2,991.22 |
| misc. motor vehicles | 1129-000 | 21,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,191.22** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | TURNER CONSTUCTION COMPANY & UNIV. | 4120-000 | N/A | 1,025,061.36 | 1,025,061.36 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,025,061.36** | **$1,025,061.36** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 3,169.12 | 3,169.12 | 3,169.12 |
| Other - LOIS WEST, CPA | 3410-000 | N/A | 433.50 | 433.50 | 433.50 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.67 | 3.67 | 3.67 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 36.44 | 36.44 | 36.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 9,634.50 | 9,634.50 | 9,524.12 |
| Other - Associated Bank | 2600-000 | N/A | 14.28 | 14.28 | 14.28 |
| Other - KEY AUCTIONS, LLC | 2990-000 | N/A | 886.00 | 886.00 | 886.00 |
| Other - Associated Bank | 2600-000 | N/A | 21.40 | 21.40 | 21.40 |
| Other - Associated Bank | 2600-000 | N/A | 20.77 | 20.77 | 20.77 |
| Other - Associated Bank | 2600-000 | N/A | 20.07 | 20.07 | 20.07 |
| Other - Associated Bank | 2600-000 | N/A | 20.71 | 20.71 | 20.71 |
| Other - Associated Bank | 2600-000 | N/A | 20.68 | 20.68 | 20.68 |
| Other - Associated Bank | 2600-000 | N/A | 19.98 | 19.98 | 19.98 |
| Other - Associated Bank | 2600-000 | N/A | 20.61 | 20.61 | 20.61 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 19.92 | 19.92 | 19.92 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CONGRESSIONAL BANK | 2600-000 | N/A | 18.17 | 18.17 | 18.17 |
| Other - CONGRESSIONAL BANK | 2600-000 | N/A | 18.94 | 18.94 | 18.94 |
| Other - CB | 2600-000 | N/A | 18.80 | 18.80 | 18.80 |
| Other - CB | 2600-000 | N/A | 19.41 | 19.41 | 19.41 |
| Other - CONG BANK | 2600-000 | N/A | 19.39 | 19.39 | 19.39 |
| Other - GREGORY K. STERN, PC | 3210-000 | N/A | 5,265.00 | 5,265.00 | 5,265.00 |
| Other - CB | 2600-000 | N/A | 19.10 | 19.10 | 19.10 |
| Other - CB | 2600-000 | N/A | 21.50 | 21.50 | 21.50 |
| Other - CB | 2600-000 | N/A | 20.79 | 20.79 | 20.79 |
| Other - CB | 2600-000 | N/A | 21.46 | 21.46 | 21.46 |
| Other - CB | 2600-000 | N/A | 17.47 | 17.47 | 17.47 |
| Other - CB | 2600-000 | N/A | 14.29 | 14.29 | 14.29 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 20.54 | 20.54 | 20.54 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 18.52 | 18.52 | 18.52 |
| Auctioneer for Trustee Fees (including buyers premiums) - K. KEUP | 3610-000 | N/A | 2,120.00 | 2,120.00 | 2,120.00 |
| Auctioneer for Trustee Expenses - K. KEUP | 3620-000 | N/A | 1,707.12 | 1,707.12 | 1,707.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.10 | 21.10 | 21.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.75 | 19.75 | 19.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.06 | 19.06 | 19.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.66 | 21.66 | 21.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.96 | 18.96 | 18.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.93 | 18.93 | 18.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.51 | 21.51 | 21.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.87 | 18.87 | 18.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.85 | 18.85 | 18.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.42 | 21.42 | 21.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.79 | 18.79 | 18.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.35 | 21.35 | 21.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.38 | 19.38 | 19.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.71 | 18.71 | 18.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.62 | 20.62 | 20.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.30 | 19.30 | 19.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.61 | 20.61 | 20.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.00 | 18.00 | 18.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.91 | 19.91 | 19.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.95 | 17.95 | 17.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.13 | 21.13 | 21.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.18 | 19.18 | 19.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.51 | 18.51 | 18.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.04 | 21.04 | 21.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.46 | 18.46 | 18.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.34 | 20.34 | 20.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.38 | 18.38 | 18.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.89 | 20.89 | 20.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.69 | 17.69 | 17.69 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 20.48 | 20.48 | 20.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,302.02 | $24,302.02 | $24,191.22 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FOX VALLEY CONSTRUCTION WORKER BENE | 5800-000 | N/A | 1,174.30 | 1,174.30 | 0.00 |
| 000012 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | N/A | 39,395.00 | 39,395.00 | 0.00 |
| 000015A | FOX VALLEY & VICINITY LABORERS FRIN | 5400-000 | N/A | 27,415.56 | 27,415.56 | 0.00 |
| 000020A | CHICAGO REGIONAL COUNCIL OF CARPENT | 5400-000 | N/A | 25,733.93 | 25,733.93 | 0.00 |
| 000023A | Laborers' Pension and Welfare Funds | 5400-000 | N/A | 37,740.97 | 37,740.97 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $131,459.76 | $131,459.76 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NIGRO, WESTFALL & GRYSKA, P.C. | 7100-000 | N/A | 592.00 | 592.00 | 0.00 |
| 000002 | FEDEX TECHCONNECT, INC. | 7100-000 | N/A | 734.88 | 734.88 | 0.00 |
| 000003 | FIFTH THIRD BANK | 7100-000 | N/A | 1,509,908.98 | 1,509,908.98 | 0.00 |
| 000004 | FOX VALLEY CONSTRUCTION WORKER BENE | 7100-000 | N/A | 17,542.62 | 17,542.62 | 0.00 |
| 000005 | FOX VALLEY LABORERS FRINGE BENEFIT | 7100-000 | N/A | 17,331.60 | 17,331.60 | 0.00 |
| 000006 | FREEBORN & PETERS LLP | 7100-000 | 24,660.00 | 24,660.00 | 24,660.00 | 0.00 |
| 000007 | OP & CMIA LOCAL NO. 11 | 7100-000 | N/A | 1,169.98 | 1,169.98 | 0.00 |
| 000008 | KEVIN KEUP | 7100-000 | 167,560.80 | 167,560.80 | 167,560.80 | 0.00 |
| 000010 | CEMENT MASONS' UNION LOCAL 502 FUN | 7100-000 | N/A | 3,770.27 | 3,770.27 | 0.00 |
| 000011 | DUPAGE COUNTY CEMENT MASONS' FRING | 7100-000 | N/A | 41,250.57 | 41,250.57 | 0.00 |
| 000013 | CHICAGO REGIONAL COUNCIL OF CARPENT | 7100-000 | N/A | 29,993.41 | 29,993.41 | 0.00 |
| 000014 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | N/A | 17,000.00 | 17,000.00 | 0.00 |
| 000015 | FOX VALLEY & VICINITY LABORERS FRIN | 7100-000 | N/A | 3,863.08 | 3,863.08 | 0.00 |
| 000016 | CPR PRINTING INC. | 7100-000 | 214.27 | 214.27 | 214.27 | 0.00 |
| 000017 | CHRISTOPHER WILLIAM ARDUENGO | 7100-000 | N/A | 961.54 | 961.54 | 0.00 |
| 000018 | CIT FINANCE, LLC | 7100-000 | N/A | 12,997.67 | 12,997.67 | 0.00 |
| 000019 | DEPARTMENT OF TREASURY-INTERNAL REV | 7100-000 | N/A | 6,739.69 | 6,739.69 | 0.00 |
| 000020 | CHICAGO REGIONAL COUNCIL OF CARPENT | 7100-000 | N/A | 3,015.82 | 3,015.82 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| 000021 | KEY AUCTIONS LLC | 7100-000 | N/A | 886.00 | 0.00 | 0.00 |
| 000023 | Laborers' Pension and Welfare Funds | 7200-000 | N/A | 20,600.90 | 20,600.90 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $192,435.07 | $1,880,794.08 | $1,879,908.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-28069 | Trustee: (330640) THOMAS E. SPRINGER |
| Case Name: K. KEUP CONCRETE CONSTRUCTION, INC. | Filed (f) or Converted (c): 07/16/12 (f) |
| | §341(a) Meeting Date: 02/25/13 |
| Period Ending: 10/24/18 | Claims Bar Date: 10/25/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking acct - Fifth Third | 11,664.20 | 0.00 | | 0.00 | FA |
| 2 | checking acct - Fifth Third | 19,121.00 | 0.00 | | 0.00 | FA |
| 3 | checking acct - Fifth Third | 4,313.00 | 0.00 | | 0.00 | FA |
| 4 | checking acct - Fifth Third | 13.31 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable | 555,974.38 | 0.00 | | 2,991.22 | FA |
| 6 | mechanics lien litigation | Unknown | 50,000.00 | OA | 0.00 | FA |
| 7 | misc. motor vehicles | 21,200.00 | 21,200.00 | | 21,200.00 | FA |
| 8 | concrete equipment and machinery | 156,507.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$768,792.89** | **$71,200.00** | | **$24,191.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case;  Special Counsel, Freeborn & Peteres,  employed by Trustee to continue state court  litigation against Turner Construction and University of Chicago.  Litigation was being funded by blanket lienholder, Fifth Third Bank, and Special Counsel has now informed the Trustee that the Bank is no longer willing to fund the litigation.  Additionally, Special Counsel has informed the Trustee that the main witness is no longer interested in participating and cannot be located/contacted.

Trustee to prepare Fee application as counsel to the Trustee and Final Report.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | October 15, 2014 | **Current Projected Date Of Final Report (TFR):** | March 20, 2018  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 12-28069 | | | Trustee: | THOMAS E. SPRINGER (330640) | |
| Case Name: | K. KEUP CONCRETE CONSTRUCTION, INC. | | | Bank Name: | UNKNOWN BANK | |
| | | | | Account: | ******0510 - Checking Account | |
| Taxpayer ID #: | **-***0938 | | | Blanket Bond: | $5,000,000.00  (per case limit) | |
| Period Ending: | 10/24/18 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/13 | | K KEUP CONCRETE CONSTRUCTION, INC. | prcds from sale of mv's by Key Auct | | 17,372.88 | | 17,372.88 |
| | {7} | OP & CMIA LOCAL NO. 11 | Gross Auction Proceeds     21,200.00 | 1129-000 | | | 17,372.88 |
| | | K. KEUP | Auctioneer commission     -2,120.00 | 3610-000 | | | 17,372.88 |
| | | K. KEUP | Auctioneer expenses     -1,707.12 | 3620-000 | | | 17,372.88 |
| 04/10/13 | {5} | T.J. LAMBERT CONSTRUCTION, INC. | pymt of ar (rec'd from Key Auct) | 1121-000 | 316.40 | | 17,689.28 |
| 05/22/13 | {5} | WALSH LANDSCAPE CONSTRUCTION & WALS | pymt of ar (rec'd from Key Auct) | 1121-000 | 648.10 | | 18,337.38 |
| 05/31/13 | | CONGRESSIONAL BANK | bank service fee | 2600-000 | | 18.17 | 18,319.21 |
| 06/30/13 | | CONGRESSIONAL BANK | bank service fee | 2600-000 | | 18.94 | 18,300.27 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 18.80 | 18,281.47 |
| 08/31/13 | | CB | bank servicefee | 2600-000 | | 19.41 | 18,262.06 |
| 09/25/13 | {5} | SNTANA ENERGY SERVICES | pymt of ar (rec'd from Key Auct) | 1121-000 | 2,026.72 | | 20,288.78 |
| 09/30/13 | | CONG BANK | bank service fee | 2600-000 | | 19.39 | 20,269.39 |
| 10/20/13 | 1001 | GREGORY K. STERN, PC | payment of atty comp | 3210-000 | | 5,265.00 | 15,004.39 |
| 10/31/13 | | CB | bank service fee | 2600-000 | | 19.10 | 14,985.29 |
| 12/01/13 | | CB | bank service fee | 2600-000 | | 21.50 | 14,963.79 |
| 12/31/13 | | CB | bank service fee | 2600-000 | | 20.79 | 14,943.00 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 21.46 | 14,921.54 |
| 02/28/14 | | CB | bank service fee | 2600-000 | | 17.47 | 14,904.07 |
| 03/11/14 | | CB | bank service fee | 2600-000 | | 14.29 | 14,889.78 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 14,889.78 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 20,364.10 | 20,364.10 | $0.00 |
| Less: Bank Transfers | 0.00 | 14,889.78 |
| Subtotal | 20,364.10 | 5,474.32 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $20,364.10 | $5,474.32 |

{} Asset reference(s)

Printed: 10/24/2018 11:15 AM    V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-28069 |
| Case Name: | K. KEUP CONCRETE CONSTRUCTION, INC. |
| Taxpayer ID #: | **-***0938 |
| Period Ending: | 10/24/18 |

| | |
|---|---|
| Trustee: | THOMAS E. SPRINGER (330640) |
| Bank Name: | ASSOCIATED BANK |
| Account: | ******1958 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,889.78 | | 14,889.78 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.28 | 14,875.50 |
| 04/23/14 | 3001 | KEY AUCTIONS, LLC | reimbursement for UCC search per Court order<br>of 11/7/2013 | 2990-000 | | 886.00 | 13,989.50 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.40 | 13,968.10 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.77 | 13,947.33 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.07 | 13,927.26 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.71 | 13,906.55 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.68 | 13,885.87 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.98 | 13,865.89 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.61 | 13,845.28 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.92 | 13,825.36 |
| 12/23/14 | 3002 | ASSOCIATED BANK | Transfer into new Assoc. Bank acct. | 9999-000 | | 13,825.36 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 14,889.78 | 14,889.78 | $0.00 |
| Less: Bank Transfers | 14,889.78 | 0.00 | |
| Subtotal | 0.00 | 14,889.78 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $14,889.78 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-28069 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | K. KEUP CONCRETE CONSTRUCTION, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ******2442 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***0938 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 13,825.36 | | 13,825.36 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,815.36 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.54 | 13,794.82 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.52 | 13,776.30 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 20.48 | 13,755.82 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 13,755.82 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 13,825.36 | 13,825.36 | $0.00 |
| Less: Bank Transfers | 0.00 | 13,755.82 |
| Subtotal | 13,825.36 | 69.54 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $13,825.36 | $69.54 |

{} Asset reference(s)

Printed: 10/24/2018 11:15 AM    V.14.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-28069 | |
| **Case Name:** K. KEUP CONCRETE CONSTRUCTION, INC. | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9666 - Checking Account |

| | |
|---|---|
| **Taxpayer ID #:** **-***0938 | |
| **Period Ending:** 10/24/18 | |

| | |
|---|---|
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 13,755.82 | | 13,755.82 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.10 | 13,734.72 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.75 | 13,714.97 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.06 | 13,695.91 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.66 | 13,674.25 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.96 | 13,655.29 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 13,636.36 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.51 | 13,614.85 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.87 | 13,595.98 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.85 | 13,577.13 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.42 | 13,555.71 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.79 | 13,536.92 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.35 | 13,515.57 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.38 | 13,496.19 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.71 | 13,477.48 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.62 | 13,456.86 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.30 | 13,437.56 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.61 | 13,416.95 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 13,398.95 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.91 | 13,379.04 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.95 | 13,361.09 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.13 | 13,339.96 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.18 | 13,320.78 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.51 | 13,302.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.04 | 13,281.23 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.46 | 13,262.77 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.34 | 13,242.43 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.04 | 13,223.39 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.38 | 13,205.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.89 | 13,184.12 |
| 02/13/18 | 30101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #12-28069, yearly bond premium | 2300-000 | | 3.67 | 13,180.45 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.69 | 13,162.76 |
| 05/11/18 | 30102 | THOMAS E. SPRINGER | Dividend paid 100.00% on $3,169.12, Trustee Compensation;  Reference: | 2100-000 | | 3,169.12 | 9,993.64 |
| 05/11/18 | 30103 | LOIS WEST, CPA | Dividend paid 100.00% on $433.50, | 3410-000 | | 433.50 | 9,560.14 |

Subtotals :                    $13,755.82        $4,195.68

{} Asset reference(s)

Printed: 10/24/2018 11:15 AM    V.14.14

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-28069 | |
| **Case Name:** | K. KEUP CONCRETE CONSTRUCTION, INC. | |
| **Taxpayer ID #:** | **-***0938 | |
| **Period Ending:** | 10/24/18 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Accountant for Trustee Fees (Other Firm);<br>Reference: | | | | |
| 05/11/18 | 30104 | THOMAS E. SPRINGER | Combined Check for<br>Claims#ATTYFEES,ATTYEXP | | | 9,560.14 | 0.00 |
| | | | Dividend paid  98.85%<br>on $9,634.50;  Claim#<br>ATTYFEES; Filed:<br>$9,634.50 | 9,524.12 | 3110-000 | | 0.00 |
| | | | Dividend paid  98.85%<br>on $36.44;  Claim#<br>ATTYEXP; Filed: $36.44 | 36.02 | 3120-000 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 13,755.82 | 13,755.82 | **$0.00** |
| Less: Bank Transfers | | 13,755.82 | 0.00 | |
| **Subtotal** | | **0.00** | **13,755.82** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$13,755.82** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0510** | **20,364.10** | **5,474.32** | **0.00** |
| **Checking # ******1958** | **0.00** | **14,889.78** | **0.00** |
| **Checking # ******2442** | **13,825.36** | **69.54** | **0.00** |
| **Checking # ******9666** | **0.00** | **13,755.82** | **0.00** |
| | **$34,189.46** | **$34,189.46** | **$0.00** |